*E-Filed 4/22/10*

1  PATRICIA K. GILLETTE (State Bar No. 74461)
   MICHAEL D. WEIL (State Bar No. 209056)
2  KATINA B. MINER (State Bar No. 244914)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
   405 Howard Street
4  San Francisco, CA  94105
   Telephone:     (415) 773-5700
5  Facsimile:     (415) 773-5759

6  Attorneys for Defendants
   BANK OF AMERICA, NATIONAL ASSOCIATION,
7  BANK OF AMERICA CORPORATION, and STEVE
   OWEN
8
   CURTIS G. OLER (State Bar No. 63689)
9  Law Offices of Curtis G. Oler
   Post Office Box 15083
10 San Francisco, CA  94115
   Telephone:     (415) 346-8015
11 Facsimile:     (415) 346-8238

12 Attorneys for Plaintiff AHMED WAHBA

13                  UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16
   AHMED WAHBA                          Case No.  09-CV-04916-RS
17
             Plaintiff,                 **STIPULATED REQUEST TO**
18                                      **CHANGE TIME PURSUANT TO**
       v.                              **CIVIL L.R. 6-2 AND** ~~**PROPOSED**~~
19                                      **ORDER AS MODIFIED BY THE COURT**
   BANK OF AMERICA, NATIONAL
20 ASSOCIATION; BANK OF AMERICA          Judge:  Hon. Richard Seeborg
   CORPORATION; STEVE OWEN, Manager,    Trial Date:  December 20, 2010*
21 BANK OF AMERICA, Hayward, California;
   and DOES 1 to 25, Inclusive
22
             Defendants.
23

24

25

26

27

28

                                  - 1 -

1

**STIPULATION**

2         1.      Due to a scheduling conflict on the part of counsel for Defendants, Bank of

3   America, National Association, Bank of America Corporation, and Steve Owen (collectively,

4   "Defendants") during the week of December 20, 2010, through their undersigned counsel,

5   Defendants and Plaintiff Ahmed Wahba hereby stipulate and agree to continue the trial date in

6   this matter until February 28, 2011 or as soon as practicable thereafter as the availability of the

7   Court's calendar permits.

8         2.      No other time modifications by stipulation have been requested in this

9   matter.  No time modifications have been ordered by the Court.

10        3.      The only effect of this request on the schedule for the case would be to

11  move dates for the pretrial conference statement, pretrial conference, and trial dates back by five

12  weeks.  This stipulation would not impact current deadlines for propounding discovery or for

13  bringing pretrial motions.

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

STIPULATED REQUEST TO CHANGE TIME
09-CV-04916-RS

1        4.    Both parties agree to the stipulation as indicated by their signatures below.

2    The parties respectfully request that the Court approve the Stipulation, pursuant to Civil L.R. 6-2

3    and enter an Order thereupon.  A form of proposed Order is filed herewith.

4
5                                     Respectfully submitted,

6    DATED: April 21, 2010             ORRICK, HERRINGTON & SUTCLIFFE

7
8                                 By:         */s/ Katina B. Miner*
                                          Katina B. Miner

9                                 Attorneys for Defendants Bank of America, National
10                                Association, Bank of America Corporation, and
                                 Steve Owen

11   DATED: April 21, 2010             LAW OFFICES OF CURTIS G. OLER

12

13                                By:          /s/
14                                          Curtis G. Oler

15                              Attorneys for Plaintiff Ahmed Wahba

16   I hereby attest that the concurrence in the filing of this document has been obtained from Curtis

17   G. Oler, Attorneys for Plaintiff, AHMED WAHBA.

18

19                                   */s/ Katina B. Miner*
20                                     Katina B. Miner
                               Attorneys for Defendants BANK OF AMERICA,
21                              NATIONAL ASSOCIATION, BANK OF
                          AMERICA CORPORATION, and STEVE OWEN

22

23

24

25

26

27

28

                                        STIPULATED REQUEST TO CHANGE TIME
                                          09-CV-04916-RS

1

**ORDER**

2

The Court having considered the above Stipulation, and good cause appearing

3

therefore,

4

IT IS HEREBY ORDERED that the scheduled trial date of December 20, 2010 is

5

vacated, and shall be rescheduled for _____March 7,_____, 2011 at ____9:00 AM____.  In

6

addition, the pre-trial conference will take place on **February 24, 2011, at 10:00 AM**.  The joint pretrial statement should be filed no later than **February 10, 2011**.  All

7

other deadlines stated in the Court's 4/8/2010 Scheduling Order remain

8

unchanged.

9

DATED: April _20_, 2010

10

11

_____

12

Judge Richard Seeborg
UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -