*E-Filed 6/29/10*

1   PATRICIA K. GILLETTE (State Bar No. 74461)
    MICHAEL D. WEIL (State Bar No. 209056)
2   KATINA B. MINER (State Bar No. 244914)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
3   The Orrick Building
    405 Howard Street
4   San Francisco, CA  94105
    Telephone:     (415) 773-5700
5   Facsimile:     (415) 773-5759

6   Attorneys for Defendants
    BANK OF AMERICA, NATIONAL ASSOCIATION,
7   BANK OF AMERICA CORPORATION, and STEVE
    OWEN
8
    CURTIS G. OLER (State Bar No. 63689)
9   Law Offices of Curtis G. Oler
    Post Office Box 15083
10  San Francisco, CA  94115
    Telephone:     (415) 346-8015
11  Facsimile:     (415) 346-8238

12  Attorneys for Plaintiff AHMED WAHBA

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                     SAN FRANCISCO DIVISION

16
    AHMED WAHBA                          Case No.  09-CV-04916-RS
17
                    Plaintiff,
18                                        **STIPULATED REQUEST TO**
                                          **CHANGE TIME PURSUANT TO**
19          v.                            **CIVIL L.R. 6-2 AND [PROPOSED]**
                                          **ORDER**
20  BANK OF AMERICA, NATIONAL
    ASSOCIATION; BANK OF AMERICA          Judge:  Hon. Richard Seeborg
21  CORPORATION; STEVE OWEN, Manager,     Trial Date:  March 7, 2011
    BANK OF AMERICA, Hayward, California;
22  and DOES 1 to 25, Inclusive

23                  Defendants.

24

25

26

27

28

**STIPULATION**

1.      Though their undersigned counsel, Defendants Bank of America, National Association, Bank of America Corporation, and Steve Owen (collectively "Defendants"), and Plaintiff Ahmed Wahba hereby stipulate and agree to continue the deadline for designating expert testimony and disclosure of full expert reports from August 6, 2010 to November 5, 2010.

2.      This modification will afford the parties more time to prepare expert disclosures, which would otherwise be due on July 9, 2010.  The modification would also bring the timing for expert discovery closer to the time of trial, which has been extended out until early 2011.

3.      The only other time modification by stipulation that has been requested in this matter was to continue the trial date.  That modification was ordered by the Court on April 22, 2010.

3.      The only effect of this request on the schedule for the case would be to move dates for service of expert disclosures and disclosure of rebuttal expert reports back by approximately three months.  This stipulation would not impact deadlines for propounding non-expert discovery, nor would it change the current trial schedule.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATED REQUEST TO CHANGE TIME
AND ~~PROPOSED~~ ORDER
09-CV-04916-RS

1           4.     Both parties agree to the stipulation as indicated by their signatures below.

2    The parties respectfully request that the Court approve the Stipulation, pursuant to Civil L.R. 6-2

3    and enter an Order thereupon.  A form of proposed Order is filed herewith.

4

5                                       Respectfully submitted,

6    DATED: June 25, 2010              ORRICK, HERRINGTON & SUTCLIFFE

7

8                                       By:           */s/ Katina B. Miner*
                                              Katina B. Miner

9                                     Attorneys for Defendants Bank of America, National
                                      Association, Bank of America Corporation, and
10                                    Steve Owen

11   DATED: June 25, 2010              LAW OFFICES OF CURTIS G. OLER

12

13                                      By:                  /s/
                                              Curtis G. Oler
14

15                                    Attorneys for Plaintiff Ahmed Wahba

16          I hereby attest that the concurrence in the filing of this document has been

17   obtained from Curtis G. Oler, Attorneys for Plaintiff, AHMED WAHBA.

18

19                                    */s/ Katina B. Miner*
                                        Katina B. Miner
20                                    Attorneys for Defendants BANK OF AMERICA,
                                      NATIONAL ASSOCIATION, BANK OF
21                                    AMERICA CORPORATION, and STEVE OWEN

22

23

24

25

26

27

28

                                       - 3 -

1

**ORDER**

2          The Court having considered the above Stipulation, and good cause appearing

3  therefore,

4          IT IS HEREBY ORDERED that the scheduled deadline for designating expert

5  testimony and disclosure of full expert reports shall be rescheduled for November 5, 2010.

6

7  DATED: June 29, 2010

8

9  _____

   Judge Richard Seeborg

10 UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO CHANGE TIME
AND PROPOSED ORDER
09-CV-04916-RS