*E-Filed 7/26/10*

1  PATRICIA K. GILLETTE (State Bar No. 74461)
   MICHAEL D. WEIL (State Bar No. 209056)
2  KATINA B. MINER (State Bar No. 244914)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
   405 Howard Street
4  San Francisco, CA  94105
   Telephone:     (415) 773-5700
5  Facsimile:     (415) 773-5759

6  Attorneys for Defendants
   BANK OF AMERICA, NATIONAL ASSOCIATION,
7  BANK OF AMERICA CORPORATION, and STEVE
   OWEN
8
   CURTIS G. OLER (State Bar No. 63689)
9  Law Offices of Curtis G. Oler
   Post Office Box 15083
10 San Francisco, CA  94115
   Telephone:     (415) 346-8015
11 Facsimile:     (415) 346-8238

12 Attorneys for Plaintiff AHMED WAHBA

13                  UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16
   AHMED WAHBA                        Case No.  09-CV-04916-RS
17
                 Plaintiff,
18                                     **STIPULATED REQUEST TO**
           v.                          **CHANGE TIME PURSUANT TO**
19                                     **CIVIL L.R. 6-2 AND** [PROPOSED]
   BANK OF AMERICA, NATIONAL           **ORDER**
20 ASSOCIATION; BANK OF AMERICA
   CORPORATION; STEVE OWEN, Manager,   Judge:  Hon. Richard Seeborg
21 BANK OF AMERICA, Hayward, California; Trial Date:  March 7, 2011
   and DOES 1 to 25, Inclusive
22
                 Defendants.
23

24

25

26

27

28

**STIPULATION**

1. Though their undersigned counsel, Defendants Bank of America, National Association, Bank of America Corporation, and Steve Owen (collectively "Defendants"), and Plaintiff Ahmed Wahba hereby stipulate and agree to continue the deadline for hearing pre-trial motions.

2. When this case was originally assigned to Hon. Judge Alsup, the initial "Case Management Scheduling Order" set the last day to file pre-trial motions as September 9, 2010. *See* Docket No. 16, February 4, 2010, ¶ 10.

3. Upon receiving this case, this Court's "Order Reassigning Case" indicated that all deadlines previously imposed would remain in effect. *See* Docket No. 18, March 18, 2010, ¶ 5.

4. The Parties' last Joint Case Management Statement also proposed September 9, 2010 as the deadline for filing any pre-trial motions. *See* Docket No. 19, April 2, 2010, ¶¶ 9-10s.

5. The Court's most recent "Case Management Scheduling Order" set September 9, 2010 as the last day to hear any pre-trial motions. *See* Docket No. 20, April 8, 2010, ¶ 4.

6. The Parties request that the Court modify the current schedule and set the deadline for hearing any pre-trial motions as October 7, 2010. This modification would restore the Parties' original understanding that pre-trial motions were required to be filed no later than September 9, 2010.

7. The only other time modifications by stipulation that have been requested in this matter were to continue the trial date (which the Court granted on April 22, 2010) and to continue the deadline for designating expert testimony and disclosing expert reports (which the Court granted on June 29, 2010).

3. The only effect of this request on the schedule for the case would be to move the deadline to hear pre-trial motions from September 9, 2010 to October 7, 2010. This stipulation would not change the current trial schedule, as trial is scheduled for March 7, 2011.

1        4.   Both parties agree to the stipulation as indicated by their signatures below.

2    The parties respectfully request that the Court approve the Stipulation, pursuant to Civil L.R. 6-2

3    and enter an Order thereupon. A form of proposed Order is filed herewith.

4

5                                         Respectfully submitted,

     DATED: July 23, 2010           ORRICK, HERRINGTON & SUTCLIFFE
6

7

8                              By:        */s/ Katina B. Miner*
                                           Katina B. Miner

9                              Attorneys for Defendants Bank of America, National
                               Association, Bank of America Corporation, and
10                             Steve Owen

11   DATED: July 23, 2010           LAW OFFICES OF CURTIS G. OLER

12

13                             By:         /s/
                                         Curtis G. Oler
14

15                             Attorneys for Plaintiff Ahmed Wahba

16

17

18

19                                    */s/ Katina B. Miner*
                                         Katina B. Miner
20                         Attorneys for Defendants BANK OF AMERICA,
                              NATIONAL ASSOCIATION, BANK OF
21                          AMERICA CORPORATION, and STEVE OWEN

22

23

24

25

26

27

28

                                                   STIPULATED REQUEST TO CHANGE TIME

              AND PROPOSED ORDER
                                                   09-CV-04916-RS

1

**ORDER**

2        The Court having considered the above Stipulation, and good cause appearing

3   therefore,

4        IT IS HEREBY ORDERED that the deadline for hearing pre-trial motions shall be

5   continued from September 9, 2010 to October 7, 2010.

6

7        IT IS SO ORDERED.

8

9   DATED: July 26, 2010

10

11   _____

12   Judge Richard Seeborg
    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO CHANGE TIME
AND ~~PROPOSED~~ ORDER
09-CV-04916-RS