*E-Filed 8/11/10 *

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Ahmed Wahba,                                                         No. C 09-04916 RS

        Plaintiffs,                                              **STANDBY ORDER TO SHOW CAUSE**
  v.

Bank of America, et al.,

        Defendants.
_____/

      The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **September 2, 2010**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 9**, **2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.

      Failure to comply with this Order may result in dismissal of the case.

1
2       IT IS SO ORDERED.
3
4
5   Dated:  8/11/10
6                                                   _____
                                                    RICHARD SEEBORG
                                                    UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27                                                              No. C 09-04916 RS
28                                                      STANDBY ORDER TO SHOW CAUSE

**United States District Court**
For the Northern District of California

2